07 CV 2891

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AVON PRODUCTS, INC.,

                     Plaintiffs,

-against-

WASTE MANAGEMENT OF NEW YORK, L.L.C., and MARANGI BROS., INC.,

                     Defendants.

Civil Action No.:

APR 11 2007
CASHIERS

**RULE 7.1 DISCLOSURE STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Avon Products, Inc. certifies that Avon Products, Inc. is a publicly traded corporation. There is no parent corporation of Avon Products, Inc. or publicly held corporation that owns 10% or more of its stock.

Dated: April 10, 2007

                                                         GIBBONS P.C.
                                                         One Pennsylvania Plaza, 37th Floor
                                                          New York, New York 10119
                                                          Phone: (212) 649-4700
                                                          Attorneys for Plaintiff
                                                          Avon Products, Inc.

                                                          By: _____
                                                             John Klock. [JK-3859]
                                                             David A. Brooks [DB-3790]

Dated:

1

#1183745 v1
005593-18568