**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
AVON PRODUCTS, INC.,

        Plaintiff(s),

-against-                                        AFFIDAVIT OF SERVICE
                                                            07 CV 2891

WASTE MANAGEMENT OF NEW YORK, L.L.C.
AND MARANGI BROS., INC.,

        Defendant(s).
------------------------------------------------------X
STATE OF NEW YORK    )
                            S.S.:
COUNTY OF ALBANY   )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 16TH day of April, 2007, at approximately the time of 12:30P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the SUMMONS AND COMPLAINT FOR INDEMNIFICATION AND CIVIL COVER SHEET AND RULE 7.1 DISCLOSURE STATEMENT AND JUDGES' RULES upon WASTE MANAGEMENT OF NEW YORK, L.L.C., the defendant in this action, by delivering to and leaving with MARYBETH HUYCK an agent of the Secretary of State, of the State of New York, one original and one copy thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 303 of the Limited Liability Company Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

        MARYBETH HUYCK is a white female, approximately 45 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 135 pounds with blonde hair and blue eyes.

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com

DEBORAH LaPOINTE
Sworn to before me this
16TH day of April, 2007

_____
NOTARY PUBLIC

FRANK J. PANUCCI
Notary Public, State of N.Y.
Qualified in Albany County
Reg. No. 4721156
Commission Expires July 31, 2010