```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/07
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

AVON PRODUCTS, INC.

        Plaintiff,

v.

WASTE MANAGEMENT OF NEW YORK, LLC,

      and

MARANGI BROS., INC.

        Defendants.

Civil Action No. 07-CV-2891

STIPULATION EXTENDING
TIME TO ANSWER, PLEAD, OR
OTHERWISE MOVE
IN RESPONSE
TO PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), it is hereby stipulated and agreed between counsel for Plaintiff Avon Products, Inc. and Defendants Waste Management of New York, LLC and Marangi Bros., Inc. ("Defendants") that Defendants' time to answer, plead, or otherwise move in response to Plaintiff's Complaint shall be extended from May 7, 2007, to and including June 6, 2007. No prior extension to respond to the Complaint has been granted.

STIPULATED TO:

_____
John Klock, Esquire
David A. Brooks, Esquire
GIBBONS P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119
212-649-4700

*Attorneys for Plaintiff Avon Products, Inc.*

Dated: May ___, 2007

SO ORDERED.

_____
Richard Owen, U.S.D.J.

*/s/ Adrienne C. Rogove*
Adrienne C. Rogove, Esquire
SAUL EWING LLP
750 College Road East, Suite 100
Princeton, NJ 08540-6617

*Attorneys for Defendants
Waste Management of New York, LLC and
Marangi Bros., Inc.*

Dated: May 8, 2007

Dated: 5/25/7

990187.2 5/8/07

05/24/2007 15:22 609-452-3122 SAUL EWING PAGE 03/03
Case 1:07-cv-02891-VM    Document 5    Filed 05/29/2007    Page 2 of 2
Received 05/09/2007 01:35PM in 00:58 on line [8] for 4204 * Pg 2/2
MAY 09 2007 14:37 FR                           TO 4868#99998#00200 P.02/02
Fax sent by :

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

AVON PRODUCTS, INC.

   Plaintiff,

v.

WASTE MANAGEMENT OF NEW YORK, LLC,

   and

MARANGI BROS., INC.

   Defendants.

Civil Action No. 07-CV-2891

STIPULATION EXTENDING
TIME TO ANSWER, PLEAD, OR
OTHERWISE MOVE
IN RESPONSE
TO PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), it is hereby stipulated and agreed between counsel for Plaintiff Avon Products, Inc. and Defendants Waste Management of New York, LLC and Marangi Bros., Inc. ("Defendants") that Defendants' time to answer, plead, or otherwise move in response to Plaintiff's Complaint shall be extended from May 7, 2007, to and including June 6, 2007. No prior extension to respond to the Complaint has been granted.

STIPULATED TO:

_____
John Klock, Esquire
David A. Brooks, Esquire
GIBBONS P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119
212-649-4700

*Attorneys for Plaintiff Avon Products, Inc.*

Dated: May 7, 2007

  SO ORDERED.

_____
Richard Owen, U.S.D.J.

_____
Adrienne C. Rogove, Esquire
SAUL EWING LLP
750 College Road East, Suite 100
Princeton, NJ 08540-6617

*Attorneys for Defendants
Waste Management of New York, LLC and
Marangi Bros., Inc.*

Dated: May ___, 2007

Dated: _____