UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff** **Avon Products, Inc.** | Case No. **07-CV-2891** |
| **-v-** **Waste Management of New York, LLC and Marangi Bros., Inc.** | **Rule 7.1 Statement** |
| **Defendant** | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Marangi Brothers, Inc. and Waste ~~Management of New York, LLC~~** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

> **Waste Management of New York, LLC is a wholly owned subsidiary of Waste Management Holdings Inc., a Delaware Corporation, which is a wholly owned subsidiary of Waste Management Inc., a Delaware Corporation.**

Date: __June 7, 2007__

__/s/ Adrienne C. Rogrove__
**Signature of Attorney**
**Adrienne C. Rogove, Esquire (8567)**
**Attorney Bar Code:**

Form Rule7_1.pdf