UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVON PRODUCTS, INC., | Civil Action No. 07-CV-2891 |
| Plaintiff, | |
| v. | |
| WASTE MANAGEMENT OF NEW YORK, LLC and MARANGI BROS., INC., | NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |
| Defendants. | |

TO:    John Klock, Esquire
       Gibbons PC
       *Attorneys for Plaintiff*
       One Pennsylvania Plaza, 37th Floor
       New York, NY  10119

**PLEASE TAKE NOTICE** that upon the accompanying Declarations of Joseph F. O'Dea, Jr., Esquire, Cathleen M. Devlin, Esquire, and Allison B. Newhart, Esquire, and the Certificates of Good Standing annexed thereto, and upon the annexed Declaration of Adrienne C. Rogove, Esquire, in support of the motion, Saul Ewing, LLP, attorneys for Defendants will move this Court, before the Honorable Richard Owen, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, NY 10007, on a date and time to be fixed by the Court for an Order, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, admitting Joseph F. O'Dea, Jr., Esquire, Cathleen M. Devlin, Esquire, and Allison B. Newhart, Esquire *pro hac vice* to appear, argue or try this case in whole or in part as counsel, together with any other and further relief as this Court deems just and proper.

997950.1 7/17/07

-2-

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is also submitted herewith.

Dated: July 17, 2007

                                         Respectfully submitted,

                                          _____
                                          Adrienne C. Rogove (8567)
                                          **SAUL EWING LLP**
                                          750 College Road East
                                          Princeton, NJ 08540
                                          (609) 452-3149
                                          *Attorneys for Defendants Waste Management of New York, LLC and Marangi Brothers, Inc.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

AVON PRODUCTS, INC.,

           Plaintiff,

v.

WASTE MANAGEMENT OF NEW YORK, LLC
and
MARANGI BROS., INC.,

           Defendants.
_____

Civil Action No. 07-CV-2891

**DECLARATION IN SUPPORT
OF MOTION TO ADMIT
COUNSEL *PRO HAC VICE***

**ADRIENNE C. ROGOVE, ESQUIRE** declares and says:

1.    I am a partner of the law firm of Saul Ewing LLP, attorneys for Defendants Waste Management of New York, LLC and Marangi Brothers, Inc. ("Defendants") in the above-captioned action. I make this declaration in support of the application to admit my colleagues, Joseph F. O'Dea, Jr., Esquire, Cathleen M. Devlin, Esquire, and Allison B. Newhart, Esquire, from the law firm Saul Ewing LLP *pro hac vice* to represent Defendants in this action.

2.    I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in July 1995. I am also admitted in the Southern District of New York and am in good standing with these Courts.

**Joseph F. O'Dea, Jr., Esquire**

3.    Joseph F. O'Dea, Jr., Esquire who is my partner at Saul Ewing LLP and the Chair of our Litigation Department, is a highly capable attorney and of high integrity.

4.    I have found Mr. O'Dea to be knowledgeable, both on substantive and procedural matters, and to be familiar with the Federal Rules of Civil Procedure and applicable local rules.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVON PRODUCTS, INC., <br><br> Plaintiff, <br> v. <br><br> WASTE MANAGEMENT OF NEW YORK, LLC <br> and <br> MARANGI BROS., INC., <br><br> Defendants. | : Civil Action No. 07-CV-2891 <br> : <br> : <br> : <br> : **DECLARATION IN SUPPORT** <br> : **OF MOTION TO ADMIT** <br> : **COUNSEL** <br> : ***PRO HAC VICE*** <br> : <br> : <br> : <br> : |

**JOSEPH F. O'DEA, JR., ESQUIRE** declares and says:

1. I am a partner of the law firm of Saul Ewing LLP.

2. I submit this declaration in support of the motion of Adrienne C. Rogove, Esquire for admission to practice *pro hac vice* in the above-captioned action.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the Commonwealth of Pennsylvania.

4. I have been a member of the Bar of the Commonwealth of Pennsylvania since 1986.

5. I have represented Waste Management of New York, LLC, and its affiliated companies, including Marangi Brothers, Inc., for many years. In addition, I have much experience with and knowledge of litigation involving the underlying subject matter. Defendants Waste Management of New York, LLC and Marangi Brothers, Inc. have specifically requested that I represent them in this case because of our long-standing relationship, my familiarity with their business and my experience with the subject matter of the type underlying this litigation.

997950.1 7/6/07



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Joseph F. O'Dea, Jr., Esq.

**DATE OF ADMISSION**

**December 16, 1986**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 25, 2007

_____
John W. Person, Jr., Esq.
Deputy Prothonotary

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVON PRODUCTS, INC., | : Civil Action No. 07-CV-2891 |
| Plaintiff, | : |
| v. | : |
| | : **DECLARATION IN SUPPORT** |
| WASTE MANAGEMENT OF NEW YORK, LLC | : **OF MOTION TO ADMIT** |
| and | : **COUNSEL** |
| MARANGI BROS., INC., | : *PRO HAC VICE* |
| Defendants. | : |

**CATHLEEN M. DEVLIN, ESQUIRE** declares and says:

1. I am a partner of the law firm of Saul Ewing LLP.

2. I submit this declaration in support of the motion of Adrienne C. Rogove, Esquire for admission to practice *pro hac vice* in the above-captioned action.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey.

4. I have been a member of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey since 1994.

5. I have represented Waste Management of New York, LLC, and its affiliated companies, including Marangi Brothers, Inc., for many years. In addition, I have much experience with and knowledge of litigation involving the underlying subject matter. Defendants Waste Management of New York, LLC and Marangi Brothers, Inc. have specifically requested

997950 1 7/6/07

that I represent them in this case because of our long-standing relationship, my familiarity with their business and my experience with the subject matter of the type underlying this litigation.

      6.     There are no pending disciplinary proceedings against me in any State or Federal Court.

      7.     Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* for Defendants in this one case.

Dated: Philadelphia, PA
       July 6, 2007

                                 Respectfully submitted,

                                   */s/ Cathleen M. Devlin*
                                   Cathleen M. Devlin
                                   **Saul Ewing LLP**
                                   Centre Square West
                                   1500 Market St., 38th Floor
                                   Philadelphia, PA 19102
                                   (215) 972-8562

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **CATHLEEN MARIE DEVLIN** (No. **035111994**) was constituted and appointed an Attorney at Law of New Jersey on **December 20, 1994** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **27TH** day of **June**, 20 **07**

*Clerk of the Supreme Court*

-453a-



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### Cathleen Marie Devlin, Esq.

#### DATE OF ADMISSION

#### December 6, 1994

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 25, 2007

John W. Person, Jr., Esq.
Deputy Prothonotary

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVON PRODUCTS, INC., | : Civil Action No. 07-CV-2891 |
| Plaintiff, | : |
| v. | : |
| | : **DECLARATION IN SUPPORT** |
| WASTE MANAGEMENT OF NEW YORK, LLC | : **OF MOTION TO ADMIT** |
| and | : **COUNSEL** |
| MARANGI BROS., INC., | : *PRO HAC VICE* |
| Defendants. | : |

**ALLISON B. NEWHART, ESQUIRE** declares and says:

1.  I am an associate in the law firm of Saul Ewing LLP.

2.  I submit this declaration in support of the motion of Adrienne C. Rogove, Esquire for admission to practice *pro hac vice* in the above-captioned action.

3.  As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey.

4.  I have been a member of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey since 2005.

5.  I work closely with Joseph F. O'Dea, Jr., Esquire and Cathleen M. Devlin, Esquire as an associate in the Litigation Department in the law firm of Saul Ewing LLP. Because I work closely with Mr. O'Dea and Ms. Devlin, I have begun to acquire knowledge of the business of Waste Management of New York as well as experience with and knowledge of

997950.1 7/6/07

the subject matter underlying the litigation. Accordingly, Mr. O'Dea and Ms. Devlin have requested that I be involved with this case.

6.     There are no pending disciplinary proceedings against me in any State or Federal Court.

7.     Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* for Defendants in this one case.

Dated: Philadelphia, PA
       July 6, 2007

Respectfully submitted,

*/s/ Allison B. Newhart*
Allison B. Newhart
**Saul Ewing LLP**
Centre Square West
1500 Market St., 38th Floor
Philadelphia, PA 19102
(215) 972-7191

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **ALLISON B NEWHART** (No. **012152005**) was constituted and appointed an Attorney at Law of New Jersey on **November 30, 2005** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **27TH** day of **June**, 20 **07**

*Clerk of the Supreme Court*

-453a-



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### Allison Beth Newhart, Esq.

#### DATE OF ADMISSION

#### October 18, 2005

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 25, 2007

John W. Person, Jr., Esq.
Deputy Prothonotary

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

AVON PRODUCTS, INC.,

        Plaintiff,

v.

WASTE MANAGEMENT OF NEW YORK, LLC
   and
MARANGI BROS., INC.,

        Defendants.

Civil Action No. 07-CV-2891

**ORDER
ADMISSION TO PRACTICE
*PRO HAC VICE*** 

**ORDER**

This matter having been opened to the Court by Saul Ewing LLP, counsel for Defendants Waste Management of New York, LLC and Marangi Brothers, Inc. for an Order pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, admitting Joseph F. O'Dea, Jr., Esquire, Cathleen M. Devlin, Esquire, and Allison B. Newhart, Esquire, *pro hac vice* to appear, argue or try this particular case in whole or in part as counsel, and the Court having considered the papers submitted in support of and in opposition, if any, and the Court having heard oral argument, and for good cause shown, on this _____ day of _____, it is

**ORDERED** that the motion for admission to practice *pro hac vice* is hereby granted, and Joseph F. O'Dea, Jr., Esquire, Cathleen M. Devlin, Esquire, and Allison B. Newhart, Esquire are permitted to appear, argue or try this particular case in whole or in part as counsel or advocate; and it is

**FURTHER ORDERED** that the aforesaid attorneys shall each be required to pay a $25.00 attorney admission fee and present this Order to the intake deputy in the Clerk's Office

and that when paying by mail, each attorney shall return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of counsel's admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorneys admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

_____<br>RICHARD OWEN, U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVON PRODUCTS, INC., | : |
| Plaintiff, | : Civil Action No. 07-CV-2891 |
| v. | : |
| WASTE MANAGEMENT OF NEW YORK, LLC and MARANGI BROS., INC., | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, **Adrienne C. Rogove, Esquire**, counsel for Defendants Waste Management of New York LLC and Marangi Bros., Inc., hereby certify that on this 17th day of July 2007, I caused a true and correct copy of the foregoing **Motion for Admission *Pro Hac Vice* and accompanying Declarations** to be served via first class mail to the following counsel of record:

> John Klock, Esquire
> Gibbons PC
> One Pennsylvania Plaza, 37th Floor
> New York, NY  10119
> Attorney for Plaintiff

> *[signature]*
> Adrienne C. Rogove (8567)
> SAUL EWING LLP
> 750 College Road East, Suite 100
> Princeton, NJ  08540-6617
> (609) 452-3149
> Attorneys for Defendants
> Waste Management of New York,
> LLC and Marangi Bros., Inc.

Dated: July 17, 2007

997950 1 7/17/07