UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVON PRODUCTS, INC., <br><br> Plaintiff, <br> v. <br><br> WASTE MANAGEMENT OF NEW YORK, LLC <br> and <br> MARANGI BROS., INC., <br><br> Defendants. | Civil Action No. 07-CV-2891 <br><br> **ORDER** <br> **ADMISSION TO PRACTICE** <br> ***PRO HAC VICE*** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/07

**ORDER**

This matter having been opened to the Court by Saul Ewing LLP, counsel for Defendants Waste Management of New York, LLC and Marangi Brothers, Inc. for an Order pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, admitting Joseph F. O'Dea, Jr., Esquire, Cathleen M. Devlin, Esquire, and Allison B. Newhart, Esquire, *pro hac vice* to appear, argue or try this particular case in whole or in part as counsel, and the Court having considered the papers submitted in support of and in opposition, if any, and the Court having heard oral argument, and for good cause shown, on this _____ day of _____, it is

**ORDERED** that the motion for admission to practice *pro hac vice* is hereby granted, and Joseph F. O'Dea, Jr., Esquire, Cathleen M. Devlin, Esquire, and Allison B. Newhart, Esquire are permitted to appear, argue or try this particular case in whole or in part as counsel or advocate; and it is

**FURTHER ORDERED** that the aforesaid attorneys shall each be required to pay a $25.00 attorney admission fee and present this Order to the intake deputy in the Clerk's Office

997950 1 7/17/07

and that when paying by mail, each attorney shall return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of counsel's admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorneys admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

7/31/7  _____
RICHARD OWEN, U.S.D.J.