```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
AVON PRODUCTS, INC.,                    :
                                        :
                    Plaintiff,          :   07 Civ. 2891 (VM)
                                        :
    - against -                         :
                                        :
WASTE MANAGEMENT OF NEW YORK,           :
L.L.C., et. al.,                        :
                                        :
                    Defendants.         :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the Docket Sheet for this matter, the Court noted that there has been no recorded action indicating active proceedings in connection with the case since July 23, 2007. At that time counsel for plaintiff filed a motion to appear pro hac vice. Accordingly, it is hereby

**ORDERED** that plaintiff is directed to inform the Court by September 8, 2008 of the status of the matter and whether any further litigation with respect to the action is contemplated. In the event the Court receives no response to this Order by the date indicated the case may be dismissed for lack of prosecution.

**SO ORDERED.**

Dated:    NEW YORK, NEW YORK
          3 September 2008

                                      Victor Marrero
                                          U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-08
```